**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRAD M. GHONIM,<br><br>                Petitioner,<br>   v.<br>RAYMOND MADDEN, Warden,<br><br>                Respondent. | Case No. 2:19-cv-08614-GW-AFM<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of MORRAD M. GHONIM, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 16, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE